No. 72–1106. HAMMOND v. HAGER ET AL. Appeal from Sup. Ct. Mont. dismissed for want of substantial federal question.

No. 72–1114. HUTTER ET UX. v. KORZEN. Appeal from App. Ct. Ill., 1st Dist., dismissed for want of substantial federal question.

No. 72–5943. BOYKIN ET AL. v. OTT, ADMINISTRATOR, OREGON MOTOR VEHICLES DIVISION. Appeal from Ct. App. Ore. dismissed for want of substantial federal question.

No. 72–1075. BACHRODT CHEVROLET CO. v. NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded with instructions to remand case to the National Labor Relations Board for such further proceedings as may be appropriate in light of *NLRB* v. *Burns International Security Services, Inc.*, 406 U. S. 272 (1972). *FTC* v. *Sperry & Hutchinson Co.*, 405 U. S. 233, 245–250 (1972); *SEC* v. *Chenery Corp.*, 318 U. S. 80, 87–88 (1943).

No. A–987. RUDERER v. BARTLETT, U. S. ATTORNEY. C. A. 8th Cir. Motion for leave to file petition for injunctive order, presented to MR. JUSTICE BLACKMUN, and by him referred to the Court, denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this motion.

No. 72–658. CITY OF KENOSHA ET AL. v. BRUNO ET AL. Appeal from D. C. E. D. Wis. [Probable jurisdiction noted, 409 U. S. 1105.] Motion to permit two counsel to argue orally on behalf of appellees granted.